```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                 Case No. 08-60998-Civ-ZLOCH/Snow
```

RITA J. AGUSTYNOWICZ,

      Plaintiff,

  vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.
_____/

## SCHEDULING ORDER

THIS CAUSE is before the Court pursuant to S.D.Fla.R. 16.1.B.5, and was referred to United States Magistrate Judge Lurana S. Snow. It is hereby

ORDERED AND ADJUDGED that the plaintiff's motion for summary judgment shall be filed within 30 days of the date of this Order. It is further ORDERED that the response, and reply, if any, shall be filed in accordance with S.D.Fla.R. 7.1.C.

DONE AND ORDERED at Fort Lauderdale, Florida, this 12th day of September, 2008.

                                      */s/ Lurana S. Snow*
                                  LURANA S. SNOW
                              UNITED STATES MAGISTRATE JUDGE

Copies to:    Lilli W. Marder, Esq. (P)
                AUSA Steven R. Petri (D)